## Commonwealth *v.* Johnson, Appellant.

Submitted November 9, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant.

*Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, April 22, 1971:

Order affirmed. See, *Commonwealth v. Johnson,* 428 Pa. 210, 236 A. 2d 805 (1968) ; *Commonwealth v. McBride,* 440 Pa. 81, 269 A. 2d 737 (1970) ; *Commonwealth ex rel. Washington v. Maroney,* 427 Pa. 599, 235 A. 2d 349 (1967).

Mr. Justice COHEN took no part in the decision of this case.